UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6543

LENNOX ALLEYNE,

Plaintiff - Appellant,

versus

OFFICER D. MCLEOD; SERGEANT G. W. ODOM;
OFFICER I. BRIGMAN, in their individual and
official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence. Henry M. Herlong, Jr., District Judge.
(CA-96-219-4-20BE)

Submitted: July 10, 1997          Decided: July 24, 1997

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lennox Alleyne, Appellant Pro Se. L. Hunter Limbaugh, WILLCOX,
MCLEOD, BUYCK & WILLIAMS, P.A., Florence, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Alleyne v. McLeod</u>, No. CA-96-219-4-20BE (D.S.C. Mar. 4, 1997). We deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>